**NOT FOR PUBLICATION**  **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CANDIDA PAIM,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SANTANDER CONSUMER USA,<br><br>　　　　　　Defendant. | Civil Action No. 15-5620 (CCC-JBC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the December 7, 2015 Report and Recommendation by Magistrate Judge James B. Clark, III, to dismiss Plaintiff's case due to her failure to comply with Court Orders and her failure to prosecute her case. (ECF No. 10.)[1] No objections have been filed thereto. The Court has considered the submissions of the parties, Judge Clark's October 30, 2015 Order to Show Cause, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

**IT IS** on this 22nd day of December, 2015

**ORDERED** this Court adopts Judge Clark's December 7, 2015 Report and Recommendation that Plaintiff's case be dismissed without prejudice; and it is further

**ORDERED** the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　CLAIRE C. CECCHI, U.S.D.J.

---

[1] On October 30, 2015, Judge Clark entered an Order to Show Cause directing Plaintiff to explain why her case should not be dismissed. (ECF No. 7.) Plaintiff did not respond to the Order to Show Cause. On December 7, 2015, Judge Clark opened the instant matter <u>sua sponte</u> and recommended this Court dismiss the Plaintiff's action, without prejudice. (ECF No. 10.)